

# NUMBER 13-18-00571-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROSENDO TORRES III,**                                                **Appellant,**

**v.**

**NAVARRO PLACE APARTMENTS,**                                 **Appellee.**

---

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Chief Justice Contreras**

Appellant Rosendo Torres III appealed a judgment entered in trial court cause number 2018-CCV-61523-5 in the County Court at Law No. 5 of Nueces County, Texas. On October 15, 2018, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(a),(d),(e) and Rule 25.1(d),(e). *See* TEX. R. APP. P. 9.5(a),(d),(e); *id.* R. 25.1(d),(e). The Clerk directed

appellant to file an amended notice of appeal with the district clerk's office within thirty days from the date of that notice. On November 19, 2018, the Clerk notified appellant that these defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. To date, the defects have not been corrected. *See id.* R. 37.3; *id.* R. 42.3(b),(c).

The Court, having considered the documents on file and appellant's failure to correct the defects, is of the opinion that the appeal should be dismissed. *See id.* R. 37.3; *id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

DORI CONTRERAS
Chief Justice

Delivered and filed the 17th
day of January, 2019.

2